**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISON**

| | | |
|---|---|---|
| **In re** | § | |
| | § | **CASE NO. 17-10068-tmd** |
| **RICHARD MARK PHILLIPS,** | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __8__was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on December 3, 2018. The entirety of Claim No. 8 has been transferred to the Transferee indicated below.

_____.

| **Name of Alleged Transferor** | **Name of Transferee** |
|---|---|
| Private Label Realty | Tenura Holdings, Inc. |

| **Address of Alleged Transferor:** | **Address of Transferee:** |
|---|---|
| 8300 N. Mopac | 6805 N. Capital of Texas Hwy |
| Suite 110 | Suite 240 |
| Austin, TX 78759 | Austin, TX 78731 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

                                       **CLERK OF THE COURT**

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Transfer was served on the date of filing on the following via U.S. First Class Mail:


Private Label Realty
8300 N. Mopac
Suite 110
Austin, TX 78759

By: */s/ Brian T. Cumings*
Brian T. Cumings