# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
**903 SAN JACINTO, SUITE 322**
**AUSTIN, TX 78701–0**

*Barry D. Knight*  
CLERK OF COURT

*(512) 916–5237*

**DATE:** September 10, 2020

**RUGGERO LAW FIRM PC**
**1411 West Avenue, Ste 200**
**Austin, TX 78701**

**RE:** Exhibits  
    Bankruptcy Case No.: **17–10068–tmd**  
    Case Style: Richard Mark Phillips

Dear Mr Ruggero:

A final order was entered on 12/23/19 regarding the following contested matters:

**Expedited Motion to affirm interim distributions**

Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than **9/21/20** If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

                                      Barry D. Knight  
                                      Clerk, U. S. Bankruptcy Court

                                      BY: Laurie Boyd

**511 E. San Antonio Avenue, Suite 444**  
El Paso, Texas 79901  
(915) 779–7362

**615 E. Houston Street, Suite 597**  
San Antonio, Texas 78205  
(210) 472–6720

**800 Franklin Avenue, Suite 140**  
Waco, Texas 76701  
(254) 750–1513

[Exhibits Letter] [Ltrex]