Laurie ▉

| | |
|---|---|
| From: | Peter Ruggero <peter@ruggerolaw.com> |
| Sent: | Thursday, September 10, 2020 4:33 PM |
| To: | Laurie ▉ |
| Subject: | Re: Richard Phillips 17-10068 |

**FILED**
SEP 14 2020
U.S. BANKRUPTCY COURT
BY_____DEPUTY

SEP 14 2020
U.S. BANKRUPTCY COURT
BY_____DEPUTY

You may proceed with discarding the exhibits. Thank you,

Peter C. Ruggero
Ruggero Law Firm PC
1411 West Ave, Ste 200
Austin, Texas 78701
o 512.473.8676
f 512.852.4407
peter@ruggerolaw.com

www.ruggerolaw.com

On Thu, Sep 10, 2020 at 2:38 PM Laurie Boyd <Laurie_▉@txwb.uscourts.gov> wrote:

Hello,

A hearing was held on December 20, 2019 regarding a motion to affirm interim distributions. A final order has been entered and the exhibits presented to the court are no longer needed. Please reply to this e mail by September 21, 2020 if you would like to collect the exhibit ( medium, white binder ). If no response is received the exhibits will be destroyed.

1